Sylvester CHRISTOPHER, Petitioner,

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2008–3184.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2008.

Joree G. Brownlow, Law Offices of Joree G. Brownlow, of Bartlett, TN, argued for petitioner.

Scott D. Austin, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before BRYSON, PLAGER, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36